AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA,

      v.

CASE NUMBER: CV08-5005RBL

RAMON BALTAZAR-MAGALLAN,          (CR05-5070RBL)

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion pursuant to 28 U.S.C.§ is DENIED.

The Court declines to issue a Certificate of Appealability.

*DATED :   9/22/2008*

                          BRUCE  RIFKIN
                        *Clerk*

                       /s/   Jean Boring
                   *(By) Deputy Clerk*, Jean Boring